UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI SHEEHY, <br><br>                   Plaintiff, <br><br>          v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br>                   Defendant. | Case No.  1:21-cv-01541-BAM <br><br> **ORDER ON APPLICATION TO PROCEED** ***IN FORMA PAUPERIS*** **AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER** <br><br> (Doc. 2) |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* is GRANTED;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order; and
3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program, with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their

designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **October 21, 2021**               /s/ Barbara A. McAuliffe            _
                                          UNITED STATES MAGISTRATE JUDGE