JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI SHEEHY, ) | Case No.  1:21-CV-01541-BAM |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING** |
| ) | **BRIEF** |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to May 23, 2022, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to Plaintiff's counsel's heavy briefing schedule.

**Sheehy v. Kijakazi**　　　　　　　**Stipulation and Order**　　　　**E.D. Cal. 1:21-cv-01541-BAM**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                          Respectfully submitted,

Date: April 6, 2022                  JACQUELINE A. FORSLUND
                                        Attorney at Law

                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff

Date:  April 6, 2022                PHILIP A. TALBERT
                                          Acting United States Attorney
                                          PETER K. THOMPSON
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          */s/Andrea Banks for Mary Tsai*
                                          ANDREA BANKS FOR MARY TSAI
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant

ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include May 23, 2022, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Court's Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **April 8, 2022**                        /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE