JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:              541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI SHEEHY, ) | Case No.  1:21-CV-01541-BAM |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING** |
| ) | **BRIEF** |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 21 Days to June 13, 2022, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to a recent illness Plaintiff's counsel experienced which has caused a significant backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: May 20, 2022  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  May 20, 2022  PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/Mary Tsai*
MARY TSAI
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

### ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 13, 2022, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Court's Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **May 26, 2022**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

**Sheehy v. Kijakazi**  Stipulation and Order  E.D. Cal. 1:21-cv-01541-BAM